1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIN CROWE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Trek Bicycle, Corp.,<br><br>　　　　　　Defendant. | Case No. 1:25-cv-00133-KES-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANT TREK BICYCLE CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:　January 31, 2025 |

---

**ORDER GRANTING STIPULTION TO EXTEND THE TIME FOR DEFENDANT TREK BICYCLE CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT**
**Case No. 1:25-cv-00133-KES-BAM**

**ORDER**

Pursuant to the parties' Stipulation to Extend the Time for Defendant Trek Bicycle Corp. to Respond to Plaintiff's Complaint ("Stipulation"), and cause appearing, IT IS ORDERED:

(1) The Stipulation is GRANTED; and

(2) Defendant Trek Bicycle Corp shall have up to and including April 14, 2025, to respond to Plaintiff Erin Crowe's Complaint.

(3) Plaintiff Erin Crowe shall have up to and including May 12, 2025 to file any opposition or amendment in response to any motion filed by Defendant; and

(4) Defendant Trek Bicycle Corp shall have up to and including June 3, 2025 to file any reply papers in support of any motion filed in response to the Complaint.

IT IS SO ORDERED.

Dated:   **February 26, 2025**       /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE