

# United States District Court
## Eastern District of California

ERIN CROWE

Plaintiff(s)

V.

TREK BICYCLE, CORP.

Defendant(s)

Case Number: 1:25-CV-00133

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lisa R. Considine hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

ERIN CROWE

On 12/07/2004 (date), I was admitted to practice and presently in good standing in the State of New Jersey Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Recek v. Von Maur, Inc. - Case No. 1:25-cv-00044 - 03/06/2025 - Pending

Date: 03/06/2025          Signature of Applicant: /s/ Lisa R. Considine

**Pro Hac Vice Attorney**

Applicant's Name: Lisa R. Considine

Law Firm Name: SIRI & GLIMSTAD LLP

Address: 745 Fifth Ave.

Suite 500

City: New York    State: NY    Zip: 10151

Phone Number w/Area Code: (929) 677-5105

City and State of Residence: Rutherford, NJ

Primary E-mail Address: lconsidine@sirillp.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kyle McLean

Law Firm Name: SIRI & GLIMSTAD LLP

Address: 700 S. Flower Street, Suite 1000

City: Los Angeles    State: CA    Zip: 90017

Phone Number w/Area Code: (213) 297-5195    Bar # 330580

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: __March 7, 2025__    /s/ Barbara A. McAuliffe

JUDGE, U.S. DISTRICT COURT