IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CROWE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>TREK BICYCLE CORP.,<br><br>            Defendant. | Case No. 1:25-cv-00133-KES-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANT TREK BICYCLE CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:    January 31, 2025 |

**ORDER**

Pursuant to the parties' Stipulation to Extend the Time for Defendant Trek Bicycle Corp. to Respond to Plaintiff's Complaint ("Stipulation"), IT IS SO ORDERED:

(1)    The Stipulation is GRANTED; and

(2)    Defendant Trek Bicycle Corp shall have up to and including May 14, 2025, to respond to Plaintiff Erin Crowe's Complaint.

(3)    Plaintiff Erin Crowe shall have up to and including June 12, 2025 to file any opposition or amendment in response to any motion filed by Defendant; and

(4)    Defendant Trek Bicycle Corp shall have up to and including July 3, 2025 to file any reply papers in support of any motion filed in response to the Complaint.

(5)    The Initial Scheduling Conference currently set for May 1, 2025, is continued to **October 7, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The

1

**ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANT TREK BICYCLE CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT**
**Case No. 1:25-cv-00133-KES-BAM**

parties shall file a Joint Scheduling Report at least seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated: __March 31, 2025__                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE