# Exhibit A

**Breakaway Bicycles:**[1]

**BikeSport Bikes:**[2]



---

[1] https://www.breakawaybicycles.com/product/bontrager-thermal-cycling-headband-367266-1.htm

[2] https://www.bikesportbikes.com/product/bontrager-thermal-cycling-headband-367266-1.htm

**Southwest Bicycles:** [3]

**Skagit Cycle Center:** [4]



---

[3] https://www.southwestbicycles.com/product/bontrager-thermal-cycling-headband-367266-1.htm?srsltid=AfmBOoo8GNqv4KUaC10XG5Rcp5362NNKC6pd_l_SvxBHRoYxa0t_bnAa17k

[4] https://www.skagitcyclecenter.com/product/bontrager-thermal-cycling-headband-367266-1.htm?srsltid=AfmBOoqnGyc3rpSwoXhGSMjWWkz9FD-XA1FrW_5kQTbdYAHvlbwuDY3s1wI

**Holmes Cycling:** [5]



**World of Wheels:** [6]

---

[5] https://www.holmescycling.com/product/bontrager-thermal-cycling-headband-367266-1.htm

[6] https://www.wowbikes.net/product/bontrager-thermal-cycling-headband-367266-1.htm

Sunnyside Sports: [7]



---

[7] https://www.sunnysidesports.com/product/bontrager-thermal-cycling-headband-367266-1.htm