# Exhibit B

# Trek Bicycle online return policy

We want you to love your purchase from trekbikes.com. If you don't and it's within 30 days of purchase, we will take it back without any additional charges or hassle*. Think of it as a 30-day test ride. If you have any questions regarding your purchase, just contact us.

**CONTACT US**

If your purchase was in-store, returns are subject to individual retailer restrictions. Please direct any questions regarding your in-store purchases to your Trek retailer.

## To qualify for an online return:

The item(s) must have been purchased from trekbikes.com.

Bike returns must be received in like new condition.

The return must be requested within 30 days of purchase.

For returns to be processed, the following must be received:
- Returned item
- Packing list
- Reason for return

Proof of purchase must be provided upon request.

Bikes must have been purchased using Trek's ship-to-home delivery method.