IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CROWE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>TREK BICYCLE CORP.,<br><br>    Defendant. | Case No. 1:25-cv-00133-KES-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANT TREK BICYCLE CORP. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: January 31, 2025 |

**ORDER**

Pursuant to the parties' Stipulation to Extend the Time for Defendant Trek Bicycle Corp. to Respond to Plaintiff's First Amended Complaint, IT IS SO ORDERED:

(1) The Stipulation is GRANTED; and

(2) Defendant Trek Bicycle Corp shall have up to and including July 10, 2025, to respond to Plaintiff Erin Crowe's First Amended Complaint;

(3) Plaintiff Erin Crowe shall have up to and including August 7, 2025, to file any opposition to any motion filed by Defendant; and

(4) Defendant Trek Bicycle Corp shall have up to and including August 28, 2025, to file any reply papers in support of any motion filed in response to the First Amended Complaint.

IT IS SO ORDERED.

Dated: **June 26, 2025**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE