1

2

3                          UNITED STATES DISTRICT COURT

4                      FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6    ERIN CROWE, individually and on behalf        Case No.  1:25-cv-00133-KES-BAM
     of all others similarly situated,
7                                                   ORDER GRANTING STIPULATED
                    Plaintiff,                      REQUEST TO VACATE INITIAL
8                                                   SCHEDULING CONFERENCE
            v.
9                                                   (Doc. 25)
     TREK BICYCLE, CORP.,
10
                    Defendant1:25.
11

12          Plaintiff Erin Crowe, individually and on behalf of all others similarly situated, initiated

13   this civil action against Defendant Trek Bicycle, Corp. on January 31, 2025.  (Doc. 1.)  Plaintiff

14   filed a first amended complaint on June 12, 2025.  (Doc. 17.)  Defendant filed a motion to dismiss

15   on July 10, 2025, (Doc. 21), which has been fully briefed and was taken under submission by the

16   district court on September 3, 2025, (Doc. 24).

17          Currently before the Court is the parties' stipulated request to vacate the Scheduling

18   Conference set for October 7, 2025, and all related deadlines, in light of the pending motion to

19   dismiss.  (Doc. 25.)  The parties agree that good cause exists because deferring scheduling and

20   discovery obligations until after the Court issues its ruling on the pending motion to dismiss

21   would conserve judicial and party resources.  (*Id.*)

22          Good cause appearing, the parties' stipulated request to vacate the Scheduling Conference

23   is HEREBY GRANTED.  (Doc. 25.)  The Court will reset the Scheduling Conference, if

24   necessary, after resolution of the pending motion to dismiss.

     IT IS SO ORDERED.

25

26      Dated:   **September 11, 2025**         ___/s/ Barbara A. McAuliffe_____
                                                UNITED STATES MAGISTRATE JUDGE
27

28

                                              1